# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  CLIFFORD J. ECCLES & DONNA F. ECCLES          Case Number: 05-71780
1016 - 41ST AVENUE                                  SSN-xxx-xx-7157 & xxx-xx-1713
ROCKFORD, IL  61109

Case filed on:     4/14/2005
Plan Confirmed on:   7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,237.25          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 005 | JOHN W. SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CLIFFORD J. ECCLES | 0.00 | 0.00 | 637.25 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 637.25 | 0.00 |
| 002 | GENERATIONS CREDIT UNION | 1,091.00 | 1,091.00 | 1,091.00 | 0.00 |
| 003 | NATIONAL CITY BANK | 2,321.08 | 1,500.00 | 1,500.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 3,000.00 | 2,648.42 | 2,648.42 | 400.66 |
| | Total Secured | 6,412.08 | 5,239.42 | 5,239.42 | 400.66 |
| 001 | CITIBANK (SOUTH DAKOTA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANKFIRST/ACTION CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 6,442.09 | 6,442.09 | 1,774.55 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FINGERHUT CREDIT ADVANTAGE | 1,337.07 | 1,337.07 | 368.31 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 4,794.67 | 4,794.67 | 1,320.75 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 402.94 | 402.94 | 110.99 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 1,132.29 | 1,132.29 | 311.90 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 915.62 | 915.62 | 252.22 | 0.00 |
| 016 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 2,468.99 | 2,468.99 | 680.11 | 0.00 |
| | Total Unsecured | 17,493.67 | 17,493.67 | 4,818.83 | 0.00 |
| | Grand Total: | 25,269.75 | 24,097.09 | 12,059.50 | 400.66 |

Total Paid Claimant:     $12,460.16
Trustee Allowance:       $777.09
Percent Paid Unsecured:    27.55

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan